793 So.2d 172 (2001)
STATE of Louisiana
v.
Hai TRAN.
No. 2000-KP-2471.
Supreme Court of Louisiana.
June 1, 2001.
Writ granted; conviction reinstated. Tran's filing below, properly considered an application for post-conviction relief, State v. Smith, 406 So.2d 1314, 1316 n. 3 (La. 1981); Smith v. Cajun Insulation, 392 So.2d 398, 402 n. 2 (1980), arrived below untimely. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330, p. 21-22 *173 (La.9/5/95), 660 So.2d 1189, 1201-02. In addition, Tran cannot satisfy the custody requirements for an application for post-conviction relief. La.C.Cr.P. art. 924; State v. Smith, 96-1798, p. 4-6 (La.10/21/97), 700 So.2d 493, 495-96. Finally, the change if any in Tran's immigration status, a "collateral consequence" of the plea, does not render the plea involuntary. See, e.g., United States v. Osiemi, 980 F.2d 344, 349 (5th Cir.1993); State v. Figueroa, 639 A.2d 495, 499 (R.I.1994).
CALOGERO, C.J., and CIACCIO, J., would deny the writ.